382 A.2d 750

Commonwealth v. Hines, Appellant.

Submitted September 13, 1976. Roy H. Davis, Assistant Public Defender, for appellant; Richard P. Myers, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.